IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
CHARLOTTE, N.C.
05 JUN -1 PM 12:05
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| TERRY DARRELL LEFEVERS, | ) | Docket No. 5:04CV120 |
| Petitioner, | ) | (5:02CR33) |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent | ) | |

**UPON MOTION** of the United States to unseal the pleadings and case file in this matter, and for good cause shown,

**IT IS HEREBY ORDERED** that all pleadings and orders previously filed in this matter are no longer to be sealed and those filed in the future are not to be sealed.

This the 1st day of June, 2005.

_____
DAVID KEESLER
UNITED STATES MAGISTRATE JUDGE

**DOCUMENT SCANNED**